1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   KRISTEN SIMPLICIO (State Bar No. 263291)
3  835 Douglass Street
4  San Francisco, California 94114
   Telephone: (415) 336-6545
5  Facsimile:  (415) 449-6469

6  Attorneys Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*
11//23/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENA CARMEL-JESSUP, individual, on behalf of herself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>             v.<br><br>FACEBOOK, INC. and ZYNGA GAME NETWORK, INC.<br><br>                    Defendants. | CASE NO. 10-04930 (JW)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

-1-

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with without prejudice.  The Clerk shall close this file.

Dated:  November 22, 2010         **GUTRIDE SAFIER LLP**

/s/ Seth A. Safier

_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen Simplicio, Esq.
835 Douglass Street
San Francisco, California 94114

Attorneys for Plaintiff